UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CLEOPHA FREDERICK                                    CIVIL ACTION

VERSUS                                               NUMBER: 12-2764

N. BURL CAIN, WARDEN                                 SECTION: "E"(5)

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of petitioner, Cleopha Frederick, is **DISMISSED** with prejudice.

**New Orleans, Louisiana, this __22nd__ day of ___December___, 2014.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**